## UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
| v. | CASE NUMBER: 06-MJ-00127-DLW |
| JACQUE GWYN | STEVEN WELLS (Defendant's Attorney) |
| | JAMES CANDELARIA (Assistant United States Attorney) |

**THE DEFENDANT:** Pleaded guilty to count(s) 1.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 113(a)(4) | Assault, by striking, beating, or wounding | May 19, 2006 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. Number:

Defendant's Date of Birth:

Defendant's US

Defendant's Residence Address:

La

Defendant's Mailing Address:
SAME

05/25/06
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, United States Magistrate Judge
Name & Title of Judicial Officer

May 25, 2006
Date

DEFENDANT: JACQUE GWYN
CASE NUMBER: 06-MJ-00127-DLW

Judgment-Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Seven (7) Days.

Defendant is given credit for time served of Seven (7) Days.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy U.S. Marshal

DEFENDANT: JACQUE GWYN
CASE NUMBER: 06-MJ-00127-DLW

Judgment-Page 3 of 4

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | None | None |
| Totals: | $10.00 | $0.00 | $0.00 |

DEFENDANT: JACQUE GWYN
CASE NUMBER: 06-MJ-00127-DLW

Judgment-Page 4 of 4

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the fine and other criminal monetary penalties shall be due as follows:

In full not later than June 25, 2006.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special Instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States Attorney.